IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES GORDON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ARMORGROUP NORTH AMERICA, INC.,<br>et al.,<br><br>　　　　Defendants. | Case: 1:09-cv-01717 (RCL) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL
RULES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

I, the undersigned counsel of record for ArmorGroup North America, Inc. and Wackenhut Services, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ArmorGroup North America, Inc. or Wackenhut Services, Inc., which have any outstanding securities in the hands of the public: G4S plc.

These representations are being made in order that the judges of this court may determine the need for recusal.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　ARENT FOX LLP

　　　　　　　　　　By:　　　　　/s/
　　　　　　　　　　　　　Henry Morris, Jr. (Bar No. 375894)
　　　　　　　　　　　　　1050 Connecticut Avenue, N.W.
　　　　　　　　　　　　　Washington, D.C. 20036-5339
　　　　　　　　　　　　　(202) 857-6000/Telephone
　　　　　　　　　　　　　(202) 857-6395/Facsimile

*Counsel for ArmorGroup North America, Inc. and Wackenhut Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2009, the foregoing Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia was served by first class mail, postage prepaid upon the following:

>Jerry Hoffman
>c/o Gerry Werfel
>Pompan, Murray & Werfel PLC
>601 King Street
>Suite 400
>Alexandria, Virginia 22314
>
>ArmorGroup International plc
>c/o Soren Lundsberg-Nielsen
>Group General Counsel
>Egginton House
>25-28 Buckingham Gate
>London, United Kingdon
>SW1E 6LD

>_____/s/_____
>Henry Morris, Jr.